March 30, 1942.   Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.  *Ethyl M. Shibe, pro se.*

No. 934.   TAYLOR ET AL. *v.* PROVIDENT IRRIGATION DISTRICT.   March 30, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. W. Coburn Cook* for petitioners.  *Mr. George R. Freeman* for respondent.

No. 946.   CLISE ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE.   March 30, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Warren H. Lewis* for petitioners.  *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *J. M. Jones* for respondent.

No. 952.   DUNN ET AL. *v.* REPUBLIC NATURAL GAS Co.   March 30, 1942.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. William R. Watkins* for petitioners.  *Mr. B. D. Tarlton* for respondent.

No. 957.   DOBRUSKY *v.* NEBRASKA.   March 30, 1942.   Petition for writ of certiorari to the Supreme Court of Nebraska denied.  *Mr. Bernard M. Spencer* for petitioner.  *Messrs. Walter R. Johnson,* Attorney General of Nebraska, and *Clarence S. Beck,* Assistant Attorney General, for respondent.